IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01953-BNB

ANTHONY HERNANDEZ,

    Applicant,

v.

STEVE HARTLY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER

---

Following review of Respondents' Motion to Dismiss, the Court has found a discrepancy in Respondents citations to both Exhibit A and Exhibit B. In more than one instance, Respondents refer to pages five and eight in Exhibit B. There are only three pages included in Exhibit B. Also, Respondents assert that Exhibit B includes information regarding 1996 decisions by the Colorado Court of Appeals and the Colorado Supreme Court. The information included in Exhibit B only appears to address filings before these courts in 2005.

Respondents are directed to review all citations, make the necessary corrections, and provide additional documentation as needed. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondents shall supplement the Motion to Dismiss as directed above. It is

FURTHER ORDERED that Applicant shall have twenty-one days from the date

Respondents file a Supplement to file a Supplemental Reply.

DATED January 25, 2012, at Denver, Colorado.

                                                                         BY THE COURT:

                                                                          s/ Boyd N. Boland
                                                                          United States Magistrate Judge